# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| Ismael Bustamante Pena ) | |
| *Plaintiff(s)* ) | |
| ) | |
| v. ) | Civil Action No. 2:23-cv-00515 |
| ) | |
| Ur M. Jaddou, *Director, United States Citizenship and Immigration Services* ) ) | |
| *Defendant(s)* ) | |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order (Document No. 4) filed February 20, 2024, Defendant's Motion to Dismiss (Document No. 3) is GRANTED. This case is DISMISSED WITHOUT PREJUDICE.

Date: February 21, 2024

JUDGMENT ENTERED ON DOCKET
DATE ENTERED: 2/21/2024

*JEFFREY S. EATON*
*CLERK OF COURT*

*/s/ Sharrah J. LeClair*
*Signature of Clerk or Deputy Clerk*